IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEYARD BRANDS INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VINA DONA PAULA S.A.,<br>VINA SANTA RITA S.A.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 11-00589 WHA<br><br>**ORDER RETAINING<br>JURISDICTION** |

In their stipulated dismissal, the parties requested this Court to retain jurisdiction to enforce the settlement agreement (Dkt. No. 60). This Court will retain jurisdiction for the limited purpose of enforcing the settlement agreement for six months.

**IT IS SO ORDERED.**

Dated: January 5, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　	　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE